■ DAWN GROENEWEGEN, Appellant, v STATE OF NEW YORK, Respondent.—Appeal from a judgment in favor of the State, entered February 4, 1985, upon a decision of the Court of Claims (McCabe, Jr., J.).

Judgment affirmed, without costs, upon the opinion of Judge Peter A. McCabe, Jr., of the Court of Claims. Main, J. P., Weiss, Mikoll and Yesawich, Jr., JJ., concur.